# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

      **SHAHARA KHAN**                                      CASE NO. 10-46901

      Debtor

-----------------------------------------------------------------X

**DEBRA KRAMER**
**AS TRUSTEE**
**OF ESTATE OF SHAHARA KHAN**           12-MC-00794-DLI
                                                       12-MC-00832-DLI

      Plaintiff.

--against—

**TOZAMMEL H MAHIA**

      Defendant.

-----------------------------------------------------------------X

## Notice of Appeal to the United States Court of Appeals
## For the Second Circuit.

Tozammel H. Mahia, the defendant and his counsel Karamvir Dahiya of Dahiya Law Offices LLC appeals to the United States Court of Appeals Second Circuit from the final order of the district court for the Eastern District of New York entered in the aforementioned consolidated cases on the 15th Day of April, 2013 denying the request for Withdrawal of Reference, Stay of Adversary Proceeding pending before bankruptcy judge and as well stay of Order of Bankruptcy Judge awarded under 28 U.S.C. 1927.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Debra Kramer (Appellee)
c/o Law Offices of Avrum Rosen, PLLC
38 New St. Huntington, NY 11743
Tel: (631) 423-8527


Tozammel H. Mahia (Appellant)
c/o Dahiya Law Offices LLC
75 Maiden Lane Suite 506
New York NY 10038
Tel: (212) 766 8000



Dated: New York New York
      May 14, 2013

                                    Karamvir Dahiya, Esq.
                                    Dahiya Law Offices LLC
                                    75 Maiden Lane Suite 506
                                    New York New York 10038
                                             Tel: 212 766 8000